## W. J. PURNELL *v.* E. SEMANS.

If a *fi. fa.* has been issued on a judgment recovered before a Justice of the Peace, and not returned by the constable, another *fi. fa.* and *venditioni exponas* cannot be issued upon it, without first resorting to a writ af *scire facias* upon it to enable the defendant to show, if he can, that the debt had been levied and collected on the former *fi. fa.*

*Certiorari* in which the record showed that a writ of *fi. fa.* had been issued on the judgment, but not that it had been returned by the constable, and that a second writ of *fi. fa.* and also a writ of *venditioni exponas* had afterward been issued upon it. The error assigned was the irregularity in issuing the second *fi. fa.* before the first had been returned.

*By the Court:* That is fatal on the ground of irregularity, as the plaintiff under the circumstances should have first resorted to a writ of *scire facias* to enable the defendant to show, if he could, that the debt had been levied and collected on the first *fi. fa.* The second *fi. fa.* and *venditioni exponas* must therefore be set aside.